UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE MYRTIL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.  CV14-1517-R-PLAx<br><br>**JUDGMENT**<br><br>**Complaint Filed: February 28, 2014**<br>**Trial Date: October 28, 2014** |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1  After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, on October 20, 2014, this Court issued an order granting Defendant University of Southern California's ("Defendant") Motion for Summary Judgment in its entirety as to Plaintiff Jean-Claude Myrtil's ("Plaintiff") claims in this action.

**BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED** that Plaintiff shall take nothing by way of his operative Complaint and judgment shall be and hereby is entered in Defendant's favor as to all causes of action and claims asserted against it in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendant is entitled to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, and Central District Local Rule 54-1, *et seq.*

Dated: October 31, 2014

_____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

Firmwide:129638616.3 078229.1001